701 A.2d 91

**Bobby Darnell CHISHOLM & Anthony Dixon,**

**v.**

**STATE of Maryland.**

**No. 14, Sept. Term, 1997.**

Court of Appeals of Maryland.

Oct. 7, 1997.

Gina M. Serra, Assistant Public Defender (Stephen E. Harris, Public Defender, on brief), Baltimore, for Petitioner.

Devy Patterson Russell, Assistant Attorney General (J. Joseph Curran, Jr., Attorney General, on brief), Baltimore, for Respondent.

Argued before BELL, C.J., ELDRIDGE, RODOWSKY, CHASANOW, RAKER and WILNER, JJ., and ROBERT L. KARWACKI, J. (retired), Specially Assigned.

## ORDER

PER CURIAM.

The petition for writ of certiorari in the above entitled case having been granted and argued, it is this 7th day of October, 1997

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.